# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| LENDON ROBINSON § | |
| § | |
| vs. § | CIVIL ACTION 6:16cv277 |
| § | |
| COMMISSIONER, SOCIAL § | |
| SECURITY ADMINISTRATION § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation (ECF 34), filed on February 13, 2018, recommends that the decision of the Commissioner be affirmed and that the complaint be dismissed with prejudice. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED** and this Social Security action is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this 2 day of **March, 2018.**

_____
Ron Clark, United States District Judge